# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUTH DIXON, ISHEA ANDERSON-RODRIGUEZ, ANDRE SMITH, KENNY FORD, and SAM HIRTH, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>    -against-<br><br>THE SCOTT FETZER COMPANIES d/b/a KIRBY,<br><br>          Defendant. | No. 3:11-cv-982 (MPS) |

## NOTICE AND ORDER TO INTERVENOR-PLAINTIFFS

The Court hereby orders **Alicia M. Tew (Lyons), Andrew Gilbert Machado, Avishen Nadim (Boratynski), Daniel Ozojiofo, Felix Cotto, Frantz Eloi, Joshua Crowley, Michael Boratynski, Michael Smith, Nicole Paskell, Ovidio R. Chaparro, Richard Brown, Ricky Barron, Sabrina Desiree Cacador, Thomas Foreman, and Vernon Haynes** to personally notify their counsel whether they intend to sign and be bound by the Settlement Agreement and Release negotiated between counsel for the parties that the Court previously approved in this action. Failure to notify their counsel **on or before September 17, 2017** of their intent as to whether to sign the Settlement Agreement and Release will result in the above-named Intervenor Plaintiffs' claims being dismissed without prejudice, due to failure to prosecute. Plaintiffs' counsel is hereby directed to send a copy of this Order to each of the Intervenor-Plainitffs named above and to use their best efforts to make direct contact with each to personally inform them of their responsibility to communicate their settlement position to their counsel.

    IT IS SO ORDERED

                                                  /s/
                                   Michael P. Shea, U.S.D.J.

Dated: Hartford, Connecticut
August 22, 2017